# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD HERSHIPS,** | CASE NO. 17-cv-00473-YGR |
| Plaintiff, | |
| vs. | **ORDER RE: PLAINTIFF'S LETTER ON DEFENDANTS' MOTIONS TO DISMISS** |
| **TANI CANTIL-SAKAUYE, ET AL.,** | Re: Dkt. No. 44 |
| Defendants. | |

On May 3, 2017, plaintiff filed a three-page, single-spaced letter presenting additional argument and authorities in support of his opposition to defendants' motions to dismiss. (Dkt. No. 44.) Plaintiff previously filed an opposition to the same on April 11, 2017 (Dkt. No. 32), and defendants filed their replies on April 18, 2017 (Dkt. Nos. 39, 40). On April 24, 2017, the Court vacated the hearing on such motions, indicating that it would issue an order based on the parties' submissions. (Dkt. No. 42.) Plaintiff's filing on May 3, 2017 therefore is in contravention of the Local Rules, which provide thus: "Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval" except in two circumstances not at issue here. Civil L.R. 7-3(d).

Ordinarily, plaintiff's filing at Docket Number 44 would be stricken from the record and sanctions potentially would issue. Given the plaintiff's *pro se* status, he is hereby warned that he must still comply with his obligations under the Local Rules of this District and this Court's Standing Orders. Further failures to comply may result in sanctions. Plaintiff should have requested a reasonable continuance to comply with his obligations.

Given the substantive nature of the letter, defendants may file a joint brief in response not to exceed six pages by **May 19, 2017**. No other filings on the issues presented will be allowed without Court authorization.

**IT IS SO ORDERED.**

Dated: May 5, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**